74,921-03

Jeff Leggett
590716 Estelle
264 FM 3478
Huntsville, TX 77320

February 28, 2015

Court Of Criminal Appeals
P.O. Box 12308
Austin, TX 78711-2308

RE: WR, 74-921-03   Javier Sanctoa

Dear Counsel:

The § 11.07 writ of which the above mandamus complains was filed in the trial court in June of 2009. You'd think that 5½ years would be long enough for an 11.07 to be pending. I'm wondering why your court refuses to take action?

Sincerely,

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 04 2015

Abel Acosta, Clerk